LAWRENCE P. RAMIREZ (State Bar No. 141550)
LINDA KENY (State Bar No. 187013)
NATALIE NABIZADA (State Bar No. 319798)
**THE LITIGATION LAW GROUP**
111 North Market Street, Suite 1010
San Jose, CA 95113
Telephone: 408 971-1119   Facsimile: 408 971-1129
Email:   lpramirez@thellg.com; lindakeny@thellg.com

Attorneys for Plaintiff, GLORIA CABRAL

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLORIA CABRAL,<br><br>            PLAINTIFF,<br><br>V.<br><br>JEFFREY ALLEN MENTZOS, JEFFREY ALLEN MENTZOS, as SUBSITUTED TRUSTEE, KURT ANTHONY MILLER, an individual, ZDENKA KOLARIK, an individual; and DOES 1-10, INCLUSIVE,<br><br>            DEFENDANTS. | Lead Bankruptcy Case No: 18-51575<br><br>Adv. Pro. Case Number: 18-05032<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE:**

I, Cassandra Sanchez, declare as follows:

1.     I work at The Litigation Law Group, which is located at 111 N. Market Street, Ste 1010, San Jose, CA. 95113. I am over the age of 18 years and not a party to the above-entitled action. I am admitted to practice before this Court.

2.     I am "readily familiar" with the firm's practice of collection and processing

Certificate of Service
~ 1 ~

Case: 18-05032    Doc# 32    Filed: 10/08/18    Entered: 10/08/18 09:12:40    Page 1 of 2

correspondence for mailing. It is deposited with the U.S. service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

3. On the date of execution hereof, I served the following documents by first class mail:

- Adversary Proceeding Cover Sheet
- Alias Summons and Notice of Scheduling Conference in an Adversary Proceeding
- First Amended Complaint for Violation of the Automatic Stay
- Order Re: Initial Disclosures and Discovery Conference
- Notice to Plaintiff
- BDRP Information Sheet

4. I served these documents by placing authentic of them in a sealed envelope with postage thereon to the listed addresses:

Steven J. Sibley  
John DiNapoli  
DiNapoli & Sibley  
Ten Almaden Blvd, Ste 1250  
San Jose, CA 95113  
sjs@dslaw.com  
Attorneys for Defendants

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 4, 2018 at San Jose, California.

*Cassandra Sanchez*
Cassandra Sanchez