STEVEN J. SIBLEY (SBN 152365)
JOHN DINAPOLI (SBN 84365)
DINAPOLI & SIBLEY
Ten Almaden Boulevard, Suite 1250
San Jose, CA 95113-2271
Telephone: (408) 999-0900
Facsimile: (408) 999-0191
e-mail: sjs@ dslaw.net

Counsel for Defendants
JEFFREY ALLEN MENTZOS,
KURT ANTHONY MILLER
and ZDENDA KOLARIK.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| GLORIA CABRAL,<br><br>　　　　Debtor.<br>_____ | Case No. 18-51575 MEH<br>Chapter 13<br><br>Adv. Pro. No. 18-05032 |
| GLORIA CABRAL,<br><br>　　　　Plaintiff,<br>v.<br>JEFFREY ALLEN MENTZOS, KURT ANTHONY MILLER, JEANNE MILLER, IVA MILLER, ZDENKA KOLARIK,<br><br>　　　　Defendants.<br>_____ | **WITHDRAWAL OF MOTION BY DEFENDANTS MENTZOS, MILLER AND KOLARIK TO DISMISS ADVERSARY PROCEEDING COMPLAINT**<br><br>Hearing<br>Date: November 9, 2018<br>Time: 10:00 a.m.<br>Place: Courtroom 3020 280 S. 1st SJ<br>Judge: M. Elaine Hammond |

　　　PLEASE TAKE NOTICE that defendants JEFFREY ALLEN MENTZOS, KURT ANTHONY MILLER and ZDENDA KOLARIK hereby withdraw their pending Motion to Dismiss Adversary Proceeding Complaint (Doc#15).

　　　　　　　　　　　　　　　　　　DINAPOLI & SIBLEY

Dated: November 6, 2018　　　By:　*/s/ Steven J. Sibley*

　　　　　　　　　　　　　　　　　　STEVEN J. SIBLEY

　　　　　　　　　　　　　　　　　　Counsel to Defendants