

The following constitutes the order of the Court.
Signed: March 14, 2019

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Gloria Cabral Robles,<br><br>　　　　　　　　　Debtor(s). | Case No. 18-51575 MEH<br>Chapter 13 |
| Gloria Cabral,<br>　　　　　　　　　Plaintiff.<br>v.<br>Jeffrey Allen Mentzos and<br>Kurt Anthony Miller,<br>　　　　　　　　　Defendant. | Adv. No. 18-05032 |

## ORDER VACATING DISCOVERY CUT-OFF DATE

A status conference in the above-entitled matter was held on March 13, 2019. Appearances were stated on the record. Good cause appearing, it is

ORDERED as follows:

1. The fact discovery cut-off date of April 15, 2019 is vacated.

2. The status conference in this matter is continued to April 8, 2019 at 10:00 a.m.

3. At the status conference on April 8, 2019, the court will decide whether to retain jurisdiction over this adversary proceeding following dismissal of the bankruptcy case. *See In re Carraher*, 971 F.2d 327, 328 (9th Cir. 1992).

***END OF ORDER***

COURT SERVICE LIST

**Via ECF:**

All ECF Recipients