Andrew D. Weiss SBN 121149
**LAW OFFICES OF ANDREW D. WEISS**
26459 Rancho Parkway South
Lake Forest, California 92630
Telephone: (949) 360-9478
Facsimile: (949) 360-0302
Email: oclawadw@aol.com
Attorney for Defendants
Kurt Miller, Jeffrey Allen Mentzos, and,
Zdenka Kolarik

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>GLORIA CABRAL ROBLES,<br><br>Debtor. | Lead Case No. 18-51575 MEH<br><br>Adv. Pro. Case No. 18-05032 MEH<br><br>Chapter 13 |
| GLORIA CABRAL,<br><br>Plaintiff<br><br>v.<br><br>JEFFREY ALLEN MENTZOS ET AL.<br><br>Defendant. | **STIPULATION FOR DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE** |

The parties stipulation with respect to the following recitals.

1.     On May 18, 2018, Jeffrey Allen Mentzos, as trustee under a deed of trust, caused to be recorded in the Official Records for the County of Santa Clara, a Notice of Trustee's Sale setting a sale date of July 18, 2018, for the real property commonly known as 3474 Gila Drive, San Jose, California 95148 ("Gila Street Property").

1

2.    On July 17, 2018, at 1:23 p.m. a Grant Deed was record in the Official Records for the County of Santa Clara which purported to transfer at $1/10^{th}$ interest in the Gila Street Property from Daniel Arce to Gloria Cabral Robles.

3.    On July 17, 2018, at 2:10 p.m. debtor, Gloria Cabral Robles ("Robles"), filed the above-captioned bankruptcy proceeding.

4.    On July 18, 2018, Zdenka Kolarik, as agent for Jeffrey Allen Mentzos, conducted a trustees sale of the Gila Street Property.

5.    On July 30, 2018, Robles filed the above-captioned adversary proceeding, listing her name as Gloria Cabral, seeking to set aside the July 18, 2018, foreclosure sale, monetary damages, punitive damages and attorney's fees.

6.    In the above-captioned adversary proceeding, Robles named Jeffrey Allen Mentzos, Kurt Anthony Miller, Jeanne Miller, Iva Miller, and Zdenka Kolarik as defendants.

7.    On July 31, 2018, Robles filed an action in the Superior Court of California for the County of Santa Clara, styled *Cabral v. Mentzos* as case number CV18332400 ("State Court Action").

8.    In the State Court Action, Robles sought, inter alia, to set aside the July 18, 2018, foreclosure sale, monetary damages, punitive damages and attorney's fees.

9.    In the State Court Action, Robles named Jeffrey Allen Mentzos, Kurt Anthony Miller, Jeanne Miller, Iva Miller, and Zdenka Kolarik as defendants.

10.    On August 9, 2018, Robles dismissed Jeanne Miller and Iva Miller from the above-captioned adversary proceeding.

11.    On January 25, 2019, this Court granted a motion by Kurt Miller to dismiss Robles' bankruptcy proceeding.  An order dismissing the bankruptcy proceeding was entered on February 20, 2019.

12.    On March 1, 2019, Robles dismissed the State Court Action.

13.    Robles and the remaining defendants in the above-captioned adversary proceeding now seek to dismiss the above-captioned adversary proceeding, with prejudice.

Case: 18-05032    Doc# 41    Filed: 04/05/19    Entered: 04/05/19 17:07:00    Page 2 of 4

**IT IS HEREBY STIPULATED AND AGREED:**

The above-captioned adversary proceeding may be dismissed with prejudice.

LAW OFFICES OF ANDREW D. WEISS

Dated: 4/5/19

By: _____
Andrew D. Weiss
Attorney for Defendants Kurt Miller, Jeffrey Allen Mentzos and Zdenka Kolarik

THE LITIGATION LAW GROUP

Dated: 4/5/19

By: _____
Lawrence P. Ramirez
Linda B. Keny
Attorneys for Plaintiff Gloria Cabral

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION FOR DISMISSAL WITH PREJUDICE** will be served or was served **(a)** on the judge in chambers if required and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 5, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Plaintiff's counsel, Lawrence P. Ramirez lpramirez@thellg.com; Linda Keny lindakeny@thellg.com
Attorney for Trustee, Nanette Dumas Email: ctdocs@ch13sj.com
Office of the U.S. Trustee/SJ

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 5, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 5, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 5, 2019 | Andrew D. Weiss | s/ *Andrew D. Weiss* |
|---|---|---|
| Date | Printed Name | Signature |

4